IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DNM SEAFOOD, INC. | ) |
|         Plaintiff | ) ) ) |
| v. | ) ) |
| PRUITT'S SEAFOOD, INC., *et al.* | ) ) ) |
|         Defendants | ) |

CASE NUMBER 1:05CV02181
JUDGE: Emmet G. Sullivan
DECK TYPE: Contract
DATE STAMP: 11/07/2005

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Certificate required by L~~CvR~~ *CA* 44.6 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Defendant Pruitt's Seafood, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Pruitt's Seafood, Inc. which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this Court may determine the need for recusal.

                                                  PRUITT'S SEAFOOD, INC.

                                                  By: _____
                                                                 Of Counsel

Karen A. Doner (D.C. Bar No. 458626)
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200
(703) 748-0244 (Fax)

William F. Devine (Va. Bar No. 26632)
David A. Greer (Va. Bar No. 24128)

Kendra J. Jarrell (Va. Bar No. 65583)
WILLIAMS MULLEN HOFHEIMER NUSBAUM
1700 Dominion Tower
Post Office Box 3460
Norfolk, Virginia 23514-3460
(757) 622-3366
(757) 629-0700 (Fax)

## Certificate Of Service

I HEREBY CERTIFY that on this 4th day of November, 2005, a copy of the foregoing document was sent via first-class mail postage prepaid, to:

>Simon M. Osnos, Esq.
>7700 Leesburg Pike, #434
>Falls Church, VA 22043
>Counsel for Plaintiff

_____
Karen A. Doner

1211751v1

2