UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DNM SEAFOOD, INC. | ) |
|        Plaintiff | ) ) ) |
| v. | )    Civil No. 05-2181EGS |
| PRUITT'S SEAFOOD, INC., *et al.* | ) ) ) |
|        Defendants | ) |

### DEFENDANTS' MOTION TO DISMISS

Defendants, Pruitt's Seafood, Inc. ("Pruitt's Seafood"), and Stewart B. Pruitt ("Mr. Pruitt"), pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, by counsel, respectfully move this Court to dismiss the Complaint filed against them in the Superior Court for the District of Columbia.

Defendants' Memorandum of Law in Support of their Motion to Dismiss is being filed contemporaneously herewith.

PRUITT'S SEAFOOD, INC.
STEWART B. PRUITT

By:_____/s/_____
            Of Counsel

Karen A. Doner (#458626)
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, VA  22102
(703) 760-5200
(703) 748-0244 (Fax)

William F. Devine (Va. Bar No. 26632)
David A. Greer (Va. Bar No. 24128)
Kendra J. Jarrell (Va. Bar No. 65583)
WILLIAMS MULLEN HOFHEIMER NUSBAUM
1700 Dominion Tower
Post Office Box 3460
Norfolk, Virginia 23514-3460
(757) 622-3366
(757) 629-0700 (Fax)

## Certificate Of Service

I HEREBY CERTIFY that on this 8th day of November, 2005, a copy of the foregoing document was sent via electronic filing, to:

>Simon M. Osnos, Esq.
>7700 Leesburg Pike, #434
>Falls Church, VA 22043
>Counsel for Plaintiff

/s/<br>Karen A. Doner

1064374v1