IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DNM SEAFOOD, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   Civil No. 05-2181EGS |
| | ) |
| PRUITT'S SEAFOOD, INC., *et al.* | ) |
| | ) |
| Defendants | ) |

### ORDER

UPON CONSIDERATION of Defendants' Pruitt's Seafood, Inc. and Stewart B. Pruitt (collectively "Defendants"), Motion to Dismiss this case, and any opposition thereto; it is hereby

ORDERED that the Motion is GRANTED and the Complaint is dismissed WITH PREJUDICE.

Entered this _____ day of _____, 2005.

_____
U.S. District Judge

Copies to:

Karen A. Doner, Esq.
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, VA 22102
Counsel for Defendants

William F. Devine, Esq.
WILLIAMS MULLEN HOFHEIMER NUSBAUM
1700 Dominion Tower
Post Office Box 3460
Norfolk, Virginia 23514-3460
Counsel for Defendants

Simon M. Osnos, Esq.
7700 Leesburg Pike, #434
Falls Church, VA 22043
Counsel for Plaintiff

1213093v1