UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DNM ENTERPRISES, INC.,                          :
                                                :
    Plaintiff,                            :
                                                :
                                                :  Civil No. 05-2181EGS
    vs.                                   :  Judge E.G. Sullivan
                                                :
PRUITT'S SEAFOOD, INC., et al.                  :
                                                :
    Defendants.                           :

<u>ENTRY OF APPEARANCE</u>

    Pursuant to Local Rule 83.6 please note the appearance of the undersigned

attorney as counsel for plaintiff.


_____    /s/_____
                                            Simon M. Osnos [D.C.Bar 295006]
                                            7700 Leesburg Pike, #434
                                            Falls Church, Virginia 22043
                                            703-356-8233
                                            703-356-8428 [fax]

<u>CERTIFICATE OF SERVICE</u>

_____On November 11, 2005, a copy of the foregoing was sent first class mail to
defense counsel as follows:

Karen Doner
Williams Mullen
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102


                                            /s/_____
                                            Simon M. Osnos