UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DNM SEAFOOD, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 05-2181EGS |
| ) | Judge E.G. Sullivan |
| PRUITT'S SEAFOOD, INC., *et al.* ) | |
| ) | |
| Defendants ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Karen A. Doner of the law firm of Williams Mullen, with her motion for the admission *pro hac vice* of William F. Devine, David A. Greer, and Kendra J. Jarrell of the law firm of Williams Mullen Hofheimer Nusbaum in this case as counsel for Defendants Pruitt's Seafood, Inc. and Stewart B. Pruitt (collectively "Defendants"), pursuant to LCvR. 83.2(d), and in support thereof, states as follows:

1.  Mr. Devine, Mr. Greer, and Ms. Jarrell are members in good standing of the bar of the Commonwealth of Virginia and of the United States District Court for the Eastern District of Virginia. Mr. Devine is also a member in good standing of the United States District Court for the Western District of Virginia. Mr. Devine's Virginia Bar No. is 26632. Mr. Greer's Virginia Bar No. is 24128. Ms. Jarrell's Virginia Bar No. is 65583. Mr. Devine, Mr. Greer, and Ms. Jarrell have not been disciplined by any bar. They have been admitted *pro hac vice* zero times in this Court within the last two years.

2.  Ms. Doner is a member in good standing of this Court and the bar of the District of Columbia (Bar No. 458626).

3. Pursuant to LCvR. 7.1(m), Defendants' counsel has obtained the consent of Plaintiffs' counsel with respect to the relief sought in this Motion.

4. The Affidavits of William F. Devine, David A. Greer, and Kendra J. Jarrell, with accompanying Certificates of Good Standing, are attached hereto.

WHEREFORE, Karen A. Doner respectfully requests that this Court enter the attached Order granting her motion for admission *pro hac vice* of William F. Devine, David A. Greer, and Kendra J. Jarrell.

                                                      **PRUITT'S SEAFOOD, INC.**
                                                      **STEWART B. PRUITT**

                                                      By: _____/s_____
                                                                 **Of Counsel**

Karen A. Doner (D.C. Bar No. 458626)
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, VA 22102
(703) 760-5200
(703) 748-0244 (Fax)

William F. Devine (Va. Bar No. 26632)
David A. Greer (Va. Bar No. 24128)
Kendra J. Jarrell (Va. Bar No. 65583)
WILLIAMS MULLEN HOFHEIMER NUSBAUM
1700 Dominion Tower
Post Office Box 3460
Norfolk, Virginia 23514-3460
(757) 622-3366
(757) 629-0700 (Fax)

## Certificate Of Service

I HEREBY CERTIFY that on this 28th day of November, 2005, a copy of the foregoing document was sent via e-filing, to:

>Simon M. Osnos, Esq.
>7700 Leesburg Pike, #434
>Falls Church, VA  22043
>Counsel for Plaintiff

_____/s/_____
Karen A. Doner

1221051v1