UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DNM SEAFOOD, INC. | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Civil No. 05-2181EGS |
| PRUITT'S SEAFOOD, INC., *et al.* | ) ) ) |
| Defendants | ) |

**AFFIDAVIT PURSUANT TO LOCAL RULE 83.2(d)**

After first being duly sworn, the affiant took oath and stated as follows:

1.  I am Kendra J. Jarrell. I am an associate of the law firm Williams Mullen Hofheimer Nusbaum in Norfolk, Virginia.[1] My office address is 1700 Dominion Tower, 999 Waterside Drive, Post Office Box 3460, Norfolk, Virginia 23514-3460. My office telephone number is (757) 622-3366. My office facsimile number is (757) 629-0700. My email address is kjarrell@williamsmullen.com.

2.  I am a member of the Virginia State Bar (VSB No. 65583), and am admitted to practice in the Supreme Court of Virginia and in the United States District Court for the Eastern District of Virginia. I have attached Certificates of Good Standing from the Virginia State Bar and the United States District Court for the Eastern District of Virginia.

3.  I have not been denied admission or disciplined by this Court or any Court.

---

[1] By virtue of the May 1, 2004, merger of Williams Mullen and Hofheimer Nusbaum, P.C., the Norfolk, Virginia, office of Williams Mullen operates under the name "Williams Mullen Hofheimer Nusbaum."

4. I have not been admitted *pro hac vice* to this Court within the last two years.

5. I have reviewed and am familiar with the Rules of the United States District Court, District of Columbia.

Date: 11-22-05

Kendra J. Jarrell

COMMONWEALTH OF VIRGINIA
CITY OF NORFOLK, to wit:

Subscribed and sworn to before me, a notary public in and for the jurisdiction aforesaid, by Kendra J. Jarrell, a Member of the Virginia State Bar, on this 22nd day of November, 2005.

Notary Public

My commission expires:

05/31/06

1068476v1

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            }
                                    }ss.
EASTERN DISTRICT OF VIRGINIA        }

I,   Elizabeth H. Paret, Clerk of the United States District Court, Eastern District of Virginia,

DO HEREBY CERTIFY that KENDRA JO JARRELL,  Bar #65583,

was duly admitted to practice in said Court on February 23, 2004  and is in good  standing as a member of the bar of said Court.

Dated at Norfolk, Virginia

on   November 18, 2005

ELIZABETH H. PARET
Clerk

By *Tanya L. Levinson*
Tanya L. Levinson, Deputy Clerk

Phillip V. Anderson, President
Frith, Anderson & Peake, P.C.
29 Franklin Road
P.O. Box 1240
Roanoke, Virginia 24006-1240
Telephone: (540) 772-4600

Karen A. Gould, President-elect
Childress, Gould & Russell, P.C.
5911 West Broad Street
Richmond, Virginia 23230
Telephone: (804) 545-2415

David P. Bobzien, Immediate Past President
2022 Durand Drive
Reston, Virginia 20191-1312
Telephone: (703) 324-2603

Barbara Ann Williams
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

*November 18, 2005*

**CERTIFICATE OF GOOD STANDING**

THIS IS TO CERTIFY THAT **KENDRA JO JARRELL** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MS. JARRELL** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2003**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds* (signature)

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER