UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DNM SEAFOOD, INC. )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>PRUITT'S SEAFOOD, INC., *et al.* )<br>)<br>**Defendants** ) | Civil No. 05-2181EGS<br>Judge E.G. Sullivan |

## ORDER

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of William F. Devine, David A. Greer, and Kendra J. Jarrell of the law firm of Williams Mullen Hofheimer Nusbaum in this case as counsel for Defendants Pruitt's Seafood, Inc. and Stewart B. Pruitt (collectively "Defendants"); it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that William F. Devine, David A. Greer, and Kendra J. Jarrell are admitted *pro hac vice* in this case as counsel for Defendants.

Entered this ____ day of _____, 2005.

_____
Judge E.G. Sullivan

Copies to:

Karen A. Doner, Esq.
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, VA 22102
Counsel for Defendants

William F. Devine, Esq.
David A. Greer, Esq.
Kendra J. Jarrell, Esq.
WILLIAMS MULLEN HOFHEIMER NUSBAUM
1700 Dominion Tower
Post Office Box 3460
Norfolk, Virginia 23514-3460
Counsel for Defendants

Simon M. Osnos, Esq.
7700 Leesburg Pike, #434
Falls Church, VA 22043
Counsel for Plaintiff

1221053v1