UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DNM SEAFOOD, INC. | ) |
|        Plaintiff | ) |
| v. | )   Civil No. 05-2181EGS |
| PRUITT'S SEAFOOD, INC., *et al.* | ) |
|        Defendants | ) |

### DEFENDANTS' REQUEST FOR HEARING

Defendants, Pruitt's Seafood, Inc. ("Pruitt's Seafood"), and Stewart B. Pruitt ("Mr. Pruitt"), by counsel, hereby request a hearing on their Motion to Dismiss and Motion to Transfer.

PRUITT'S SEAFOOD, INC.
STEWART B. PRUITT

By:_____/s/_____
Of Counsel

Karen A. Doner (#458626)
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, VA  22102
(703) 760-5200
(703) 748-0244 (Fax)

William F. Devine (Va. Bar No. 26632)
David A. Greer (Va. Bar No. 24128)
Kendra J. Jarrell (Va. Bar No. 65583)
WILLIAMS MULLEN HOFHEIMER NUSBAUM
1700 Dominion Tower
Post Office Box 3460
Norfolk, Virginia 23514-3460
(757) 622-3366
(757) 629-0700 (Fax)

**Certificate Of Service**

I HEREBY CERTIFY that on this 30th day of November, 2005, a copy of the foregoing document was sent via electronic filing, to:

> Simon M. Osnos, Esq.
> 7700 Leesburg Pike, #434
> Falls Church, VA 22043
> Counsel for Plaintiff

                                                           /s/
                                       Karen A. Doner

1222498v1