UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DNM SEAFOOD, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2181EGS |
| | ) | |
| **PRUITT'S SEAFOOD, INC.,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT LCvR 16.3 REPORT

Pursuant to LCvR 16.3, counsel for the undersigned parties met by telephone on November 21, 2005, to discuss case management issues and to develop a discovery plan and report as follows:

1. Defendants have filed a motion to transfer and a motion to dismiss which are current pending with the court. The parties disagree as to whether the case is likely to be disposed of by dispositive motion. The parties propose that discovery begin on January 21, 2006 or after both motions are decided, whichever comes first.

2. The defendants anticipate filing a counterclaim and joining additional parties at the time of their answer.

3. The parties do not consent to the assignment of this case to a magistrate judge.

4. The parties do not believe that settlement negotiations would be fruitful at this time.

5. At this point in time, prior to discovery, the parties do not believe the Court's Alternative Dispute Resolution (ADR) procedures are appropriate in this case.

6. If their motion to dismiss is not granted, the defendants currently plan to file for summary judgment after completion of discovery.

7. The parties agree to make Fed. R. Civ. P. 26(a)(1) disclosures within 30 days of commencement of discovery.

8. The parties agree that discovery should conclude within 6 months of its commencement. No limits should be placed on discovery.

   The parties agree that this case will involve confidential information and trade secrets, and thus, a protective order is appropriate.

9. The parties shall exchange expert witness reports according to Rule 26(a)(2).

10. The class action section does not apply to the present action.

11. The bifurcated trial/discovery section does not apply to the present action.

12. The pretrial conference will take place within 60 days of the close of discovery.

13. The parties agree that the trial should take place eight months after the commencement of discovery or on September 21, 2005.

Dated: December 5, 2005

Respectfully submitted,

| FOR PLAINTIFF | FOR DEFENDANTS |
|---|---|
| DNM SEAFOOD, INC.: | PRUITT'S SEAFOOD, INC. and STEWART B. PRUITT: |

    /s/                                    /s/

Simon M. Osnos (DC Bar No.295006)   Karen A. Doner (DC Bar No. 458626)
7700 Leesburg Pike, Suite 434   WILLIAMS MULLEN
Falls Church, Virginia 22043   8270 Greensboro Drive, Suite 700
703-356-8233   McLean, VA 22102
703-356-8428 (fax)   703-760-5200
   703-748-0244 (fax)

   William F. Devine
   David A. Greer
   Kendra J. Jarrell
   Admitted Pro Hac Vice
   WILLIAMS MULLEN HOFHEIMER

NUSBAUM  
1700 Dominion Tower  
Post Office Box 3460  
Norfolk, VA 23514-3460  
(757) 622-3366  
(757) 629-0700 (Fax)