UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DNM SEAFOOD, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRUITT'S SEAFOOD, INC., *et al.* )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 05-2181EGS |

**PROPOSED SCHEDULING ORDER**

In accordance with Fed. R. Civ. P. 16 and L. Civ. R. 16.4(b), the Court hereby ORDERS as follows:

1. <u>Discovery Period.</u>  The period for fact discovery shall begin on January 21, 2006 or after both motions are decided, whichever comes first and shall be completed within 6 months of its commencement.

2. <u>Initial Disclosure.</u>  The parties shall provide Fed. R. Civ. P. disclosures within 30 days of the commencement of discovery.

3. <u>Confidential Information.</u>  Discovery and production of confidential information shall be governed by a protective order.

4. <u>Expert Witnesses.</u>  Parties shall exchange expert witness reports according to Rule 26(a)(2).

5. <u>Pretrial Conference.</u>  The Pretrial Conference will take place within 60 days of the close of discovery.

6. <u>Trial.</u>  In a subsequent order, the Court will set the date for Trial to begin eight months after the commencement of discovery or on September 21, 2005 or as soon thereafter as possible.

IT IS SO ORDERED.

DATED:_____        _____
                                   UNITED STATES DISTRICT JUDGE